# UNITED STATES DISTRICT COURT
for the
District of Oregon
Eugene Division

| | |
|---|---|
| In the Matter of the Seizure of<br><br>ALL PROPERTY LISTED IN EXHIBIT A, OREGON COMMUNITY CREDIT UNION CASHIER'S CHECK NUMBER 1224441 IN THE AMOUNT OF $6.1 MILLION, OREGON COMMUNITY CREDIT UNION CASHIER'S CHECK NUMBER 1233251 IN THE AMOUNT OF $290,000 MILLION AND ONE PAIR OF NIKE/LOUIS VUITTON SHOES | Case No. 6:22-mc-750  **ORIGINAL** |

## SEIZURE WARRANT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

TO: SPECIAL AGENT Derek B. Jensen, with the Federal Bureau of Investigation, and any authorized officer of the United States: Affidavit having been made before me by Special Agent Derek B. Jensen, who has reason to believe that in the District of Oregon there is now certain property which is subject to forfeiture to the United States, namely:

**ALL PROPERTY LISTED IN EXHIBIT A, OREGON COMMUNITY CREDIT UNION CASHIER'S CHECK NUMBER 1224441 IN THE AMOUNT OF $6.1 MILLION, OREGON COMMUNITY CREDIT UNION CASHIER'S CHECK NUMBER 1233251 IN THE AMOUNT OF $290,000 MILLION AND ONE PAIR OF NIKE/LOUIS VUITTON SHOES**

which is subject to seizure pursuant to 18 U.S.C. § 981(b) and 21 U.S.C. 853(f) and subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), 982(a)(1) and 984 and 28 U.S.C. § 2416, concerning violations of 18 U.S.C. §§ 1343, 1344 and 1957.

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure (in the daytime - 6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law.

Date and time issued: 3:00pm; July 28, 2022

_Judge's Signature_

at EUGENE, OREGON

MUSTAFA T. KASUBHAI, U.S. Magistrate Judge
*Printed name and title*

| | | |
|---|---|---|
| **RETURN** | | |
| Case No.<br><br>6:22-mc-750 | DATE AND TIME WARRANT EXECUTED:<br><br>7/29/2022  7:11 AM | COPY OF WARRANT AND INVENTORY LEFT WITH:<br><br>Special Agent Derek Jensen |
| INVENTORY MADE IN THE PRESENCE OF:<br><br>Special Agent Derek Jensen | | |
| INVENTORY OF THE PROPERTY TAKEN AND NAME OF ANY PERSON(S) SEIZED:<br><br>All property listed in Exhibit A, Oregon Community Credit Union Cashier's Check number 1224441 in the amount of $6.1 Million, Oregon Community Credit Union Cashier's Check number 1233251 in the amount of $290,000 and one pair of Nike/Louis Vuitton Shoes | | |
| **CERTIFICATION** | | |
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: 7/29/2022<br><br>*Derek Jensen*<br>*Executing officer's signature*<br><br>Special Agent Derek Jensen<br>*Printed name and title* | | |

Case No. 196D-PD-3604399
**Items Received from Michael Malekzadeh on 05/21/2021**

| Box No. | Item No. | Description | Seizure No. |
|---|---|---|---|
| 1 | 1 | One Brown leather box containing one (1) diamond encrusted Louis Vuitton watch, rose gold in color with leather strap, serial number 1149249, leather case and key strap with two gold keys included; | |
| 1 | 2 | One Black leather box containing one (1) Louis Vuitton watch, black strap; serial number 1147184; also containing accessories described as two (2) leather carry cases, key set and matching key carrier; | |
| 1 | 3 | One brown and gold leather box with painted female figure on top containing one (1) Louis Vuitton diamond encrusted watch with black leather strap, serial number 1144824; also containing accessories described as one brown leather travel case, Louis Vuitton booklet "Speaker Trunk PM" three micro USB cords and three power adapters. | |
| 1 | 4 | One light colored cardboard box with Rolex logo containing green leather-wrapped wooden box containing one (1) diamond encrusted Rolex Sky-Dweller watch, serial # 2HN38285; Model # 326934, also includes Rolex manual. | |
| 1 | 5 | One cardboard box marked as: Bovet Model 1E86 watch; containing one black cardboard box marked "Bovet", containing a leather-wrapped wooden box containing one (1) Bovet 1822 Pininfarina watch, black strap with blue and silver watch face; also contains certificate of origin and warranty, reference # TPINS020-41, individual # 031717 Limited Edition 41/86 contained in brown leather case. | |
| 1 | 6 | One metallic blue cardboard box marked as MAD Edition, containing black foam box containing M.A.D 1 watch, silver in color with silver/gray leather strap, accessories to include felt case and flashlight. | |
| 1 | 7 | One padded box, blue in color labeled as "Ice Box Diamonds & Watches" containing one diamond bracelet, marked "14K Icebox VS" | |
| 1 | 8 | One black velvet box containing one Tiffany & Co bracelet, gold in color. | |
| 1 | 9 | One black velvet box containing one Tiffany & Co chain-link style bracelet, gold in color. | |
| 1 | 10 | One black velvet box containing one Tiffany & Co chain-link style bracelet, silver in color, one link being diamond-encrusted. | |
| 1 | 11 | One plastic ziplock bag marked "Photo 11", containing 11 Louis Vuitton bracelets, various styles. | |
| 1 | 12 | One brown leather Louis Vuitton trunk-style box with yellow and orange, black stripe wrapped in paper towels, containing one Louis Vuitton watch, black and red striped strap, gray, orange and rose gold face, GMT Tourbillon Only Watch, serial # 1144814. | |
| 2 | 1 | One green cardboard box marked as Audemars Piguet, Le Brassus containing one glossy wooden box, green in color containing one (1) Audemars Piguet watch silver in color with silver and diamond face, also includes tag labeled with HG2132X-AV8055. | |
| 2 | 2 | One green cardboard box marked as Audemars Piguet, Le Brassus containing one glossy wooden box, green in color containing one (1) wrist watch, Royal Oak, pastel toned dial, pink luminescent indexes, set with diamonds, yellow and red sapphires, beige calf leather strap; to include paperwork addressed to Bethany Malekzedeh and Michael Malekzadeh; HX4404W-BB2799. | |
| 2 | 3 | One green cardboard box marked as Audemars Piguet, Le Brassus containing one glossy wooden box, green in color containing one (1) wrist watch: Royal Oak, rhodium dial, open-worked wrist watch, encrusted in white gold and diamonds, includes sales receipt. | |
| 2 | 4 | One silver and blue trunk-style Louis Vuitton Valisette purse, Model #M57907 to include dust cover and leather strap and ID tag. | |

| Box No. | Item No. | Description | Seizure No. |
|---|---|---|---|
| 2 | 5 | One embossed black suede bag containing One (1) leather book-style box containing De Bethune L'Art Horloger Au XXI e Siecle DB28 Kind of Blue watch inside leather case, includes user manual. | |
| 2 | 6 | One green cardboard box marked as Audemars Piguet, Le Brassus containing one glossy wooden box, green in color containing one (1) wrist watch: Royal Oak, open-worked face, silver in color, encrusted with diamonds with black and white strap. | |
| 2 | 7 | One green cardboard box marked as Audemars Piguet, Le Brassus containing one glossy wooden box, green in color containing one (1) wrist watch: Royal Oak, open-worked watch, rose gold in color, price tag included for $77,000.00, XW8239A-AU 1661; 15467OR OO 1256OR 01, one extra link included. | |
| 2 | 8 | One brown and gold trunk-style Louis Vuitton box containing one wrist watch, silver and diamond encrusted face with leather strap, Serial # 1144807; includes 3 leather carry/storage cases and documentation referencing Certificate # 21CH064149R; receipt of purchase dated 11/23/2021 | |
| 2 | 9 | One cardboard box marked "HH Wooden Watch Box New Logo 2020 Article/Item # ECR-1089, PG Laureato Tourbillon, containing one box marked "Girard Perregaud", containing one wooden box marked "GP Girard-Perregaux Haute Horlogere Suisse Depuis 1791" containing one open-worked watch, rose gold in color, reference # 99110; OR No. 12.; includes leather jewelry case. | |
| 3 | 1 | One black box marked "Hublot" containing one black watch case with window top containing one Hublot watch, rose gold color open-worked face with red strap, Reference #441.UB.5120.NR; #047/200, to include certificate of authenticity and one extra strap, blue in color. | |
| 3 | 2 | One glossy black box marked as "Franck Muller Geneve" containing one open-worked watch black in color with black strap and red stitching, also includes key with tassel, price tag of $40,800.00; V4S6SQTCBNRER. | |
| 3 | 3 | One box embossed with Rolex logo, containing one green leather-wrapped wood box containing one (1) Rolex watch, rose gold in color # M12628TRBR-0015; 3630M339, includes extra links. | |
| 3 | 4 | One cardboard box with Reference # ETUI 142, price tag of $134,900.00, barcode 760643251220, containing one dark blue box marked "Zenith The Future of Swiss Watchmaking since 1865", containing one Zenith watch box with one black open-worked Zenith watch with carbon fiber case, blue and gray face with black strap, accessories include dust cover. | |
| 3 | 5 | One box marked "GP Girard-Perregaud Haute Horlogere Suisse Depuis 1791" containing one wooden watch box with mirrored top marked "Girard-Perregaud Laureato Absolute Light Limited Edition 88 Pieces" *NOTE TOP OF WOODEN BOX IS CHIPPED*, containing GP watch, silver in color, open-worked and black leather strap, includes user manual. S/N SAPHIRNO860 | |
| 3 | 6 | One black box marked "Roger Dubuis Horloger Genvois" containing one watch box containing one Roger Dubis watch, rose gold in color, diamond encrusted open-worked watch face; accessories include user manual and certificate of origin and conformity; Individual # L154FM. | |
| 3 | 7 | One brown leather envelope-style pouch marked "Bovet 1822" containing one Certificate of Origin and Warranty and instruction manual, Reference # T10GD041/2, Limited Edition #2 of 8 | |
| 3 | 8 | One brown cardboard box marked "Bovet 1822" containing one brown wooden Bovet watch box containing one (1) Bovet watch, black and teal strap, open-worked face, black case. | |

Case No. 196D-PD-3604399
**Items Received from Michael Malekzadeh on 05/21/2021**

| Box No. | Item No. | Description | Seizure No. |
|---|---|---|---|
| 3 | 9 | One cardboard box labeled "HJ Wooden Watch Box French Logo; Item # ECR-1012, containing one box marked "GP Girard-Perregaux", one blue stickie-note labeled as "99295-43-000-BA6A #29, box 1089" containing one GP wooden watch box containing one (1) rose gold and diamond case GP watch with blue strap, open-worked face; accessories to include jewelry box. | |
| 4 | 1 | One (1) black Bell & Ross box, #500-03972; containing one BRX2 Tourbillon Micro-Rotor BR-CAL.380 manual, one square faced, open-worked Bell & Ross watch with black strap and silver face, accessories to include extra strap in velvet bag; | |
| 4 | 2 | One (1) cardboard box marked "H. Moser & Cie Very Rare Pioneer-Tourbillon 15721; Ref 12361; containing one H. Moser watch box with brown cardboard cover containing one H. Moser Pioneer Tourbillon watch # 3804-1205 "Blue Lagoon", blue in color with silver and blue face; to include sales receipt from Westime dated 9/22/2021 in the amount of $50,000.00, includes user manuals and certificate of origin, S/N 200 126 352. | |
| 4 | 3 | One black Zenith box containing Zenith watch box containing one Zenith watch, gray case, gray and purple dial, purple strap; accessories include cleaning cloth. | |
| 4 | 4 | One blue Zenith box containing one Zenith watch box, containing one Zenith Extreme watch, gray and gold with extra straps, to include sales receipt in the amount of $20,000 dated 8/18/2021; # 578739 | |
| 4 | 5 | One black leather IWC watch box marked "IWC Schaffhausen" containing one IWC Schauffhausen watch , black leather braided strap, gold with blue dial in black leather case, includes extra straps, documentation to include sales receipt in the amount of $38,400.00, serial # 6287251, & user manual. | |
| 4 | 6 | One brown trunk-style Louis Vuitton watch box, serial # 1148704, containing one black faced, silver and diamond encrusted Louis Vuitton watch with red leather strap and diamond clasp, accessories include leather travel case, keys, & cleaning cloth. | |
| 4 | 7 | One Thank you card from LV Luxury Jewlers | |
| 4 | 8 | One cardboard box labeled "Minute Repeater 99830-52-001-BAA6A #18/18, containing one Gerrard-Perregaux box with a wooden GP watch box inside containing one open-worked GP watch, rose god and blue in color with blue strap, accessories include empty jewelry box. | |
| 5 | 1 | One blue Louis Vuitton box containing one (1) bracelet, gold in color with diamonds. | |
| 5 | 2 | One orange Louis Vuitton box containing blue box containing rose gold and diamond hoop-style earrings. | |
| 5 | 3 | Orange Louis Vuitton box containing one double-strap leather and gold bracelet. | |
| 5 | 4 | One orange Louis Vuitton box containing blue box containing one gold and diamond LV ring. | |
| 5 | 5 | One orange Louis Vuitton box containing blue box containing one pair of gold and diamond V earrings. | |
| 5 | 6 | One blue Louis Vuitton box containing one (1) rose-gold and diamond pendant necklace. | |
| 5 | 7 | One orange Louis Vuitton box containing one (1) leather LV bracelet with gold pendant inside canvas dust cover. | |
| 5 | 8 | One white Alexander McQueen box containing pair of jewel encrusted earrings. | |
| 5 | 9 | One white Botteca Veneta bag with green lettering containing teal colored clutch handbag. | |

Case No. 196D-PD-3604399
**Items Received from Michael Malekzadeh on 05/21/2021**

| Box No. | Item No. | Description | Seizure No. |
|---|---|---|---|
| 5 | 10 | One white Fendi Roma bag with black lettering containing one black leather Fendi handbag with gold hardware. | |
| 5 | 11 | One Louis Vuitton canvas bag containing one black leather LV wallet with pink interior. | |
| 5 | 12 | One White Bottega Veneta bag with green lettering containing one purple handbag with white canvas bag inside labeled "Balmain Paris" and strap. | |
| 5 | 13 | One Louis Vuitton canvas bag containing one brown and white handbag with gold hardware, containing LV canvas bag with paperwork and pillow. | |
| 5 | 14 | One plastic ziploc bag containing green cardboard box, labeled Bottega Veneta, triangular in shape containing two pairs of earrings, one green and silver in color, one gold and stone color in white dust covers. | |
| 5 | 15 | One orange Louis Vuitton box containing one blue Louis Vuitton box containing one pair of diamond encrusted earrings, silver in color. | |
| 5 | 16 | One brown and gold trunk-style Louis Vuitton box with pink letter "B" on top, empty. | |
| 5 | 17 | One orange Louis Vuitton box with blue LV box inside containing one gold and diamond bracelet in suede bag. | |
| 5 | 18 | One orange Louis Vuitton box with blue LV box inside containing one pair of hoop-style silver and diamond earrings. | |
| 5 | 19 | One orange Louis Vuitton box containing one silver and canvas LV bracelet inside canvas bag. | |
| 5 | 20 | One white Fendi Roma bag with black lettering containing one brown leather Fendi Roma wallet. | |
| 5 | 21 | One black Fendi Roma bag containing one brown "Chain Continental " FR wallet with gold strap. | |
| 5 | 22 | One blue Louis Vuitton box containing one ring, gold in color with diamonds. | |
| 5 | 23 | One blue Louis Vuitton box containing one ring, gold in color with white and diamonds. | |
| 5 | 24 | One blue Louis Vuitton box containing one ring, gold in color with diamonds and pink. | |
| 5 | 25 | One orange Louis Vuitton box containing one brown canvas bracelet with gold hardware in canvas bag. | |
| 5 | 26 | One orange Louis Vuitton box containing blue LV box containing blue Louis Vuitton sunglasses. | |
| 5 | 27 | One plastic bag containing one Material Good box with one diamond ring in black ring case; one Material Good box containing one gold and diamond ring with leaf pattern in black ring case; and one Fendi box containing three pairs of Fendi earrings. | |
| 5 | 28 | One Blue Louis Vuitton box containing one gold and diamond necklace. | |
| 5 | 29 | One plastic bag containing one wooden Brilliant Earth ring box containing one ring, silver in color with diamonds. | |
| 5 | 30 | One white Alexander McQueen box wrapped in foam padding containing one jewel encrusting ring. | |
| 5 | 31 | One bracelet stamped "sterling silver" with turquois inside foam padding. | |
| 5 | 32 | One silver Zales box containing pair of earrings silver in color with diamonds inside foam padding. | |
| 5 | 33 | One brown cardboard box labeled "HH Wooden Watch Box New Logo 2020 ECR-1089" containing Girard-Perregaux box with wooden GP box inside containing one watch, black strap with silver case and black face, no accessories. | |
| 6 | 1 | Grey box marked Ulysse Nardin containing blue and tan box containing watch with black case, black and white dial, black and white band. Also includes extra black band and receipt from Westime for $26,000.00 | |

| Box No. | Item No. | Description | Seizure No. |
|---|---|---|---|
| 6 | 2 | Blue box marked "Breguet Depuis 1775" containing brown wood box containing watch with gold case, grey dial, black and brown band. Also contains extra straps, user manual, and receipt from Westime for $38,000.00 | |
| 6 | 3 | Grey box marked Ulysse Nardin containing blue and tan box containing watch with gold case, dial depicting mermaid with head between legs of nude female with fish in background. | |
| 6 | 4 | White Cartier box containing two red leather boxes. One box containing watch, silver in color, with diamonds and jewelers loupe. Second red box containing two user manuals | |
| 6 | 5 | Blue Chopard box containing black leather box containing rose gold watch with diamonds, floating diamonds inside crystal, black leather strap. Also includes blue Chopard booklet. | |
| 6 | 6 | Black box marked "PURNELL ONLY TOURBILLON" containing black box containing watch with gold case with rotating red balls. Also containing electronic winder and USB charger for winder. | |
| 6 | 7 | Black box marked "PURNELL ONLY TOURBILLON" containing black box containing watch with carbon fiber case with rotating balls. Also containing electronic winder and usb charger for winder. | |
| 6 | 8 | One cardboard box labeled HH wooden watch box french logo, containing one Gerrard-Perregaux box with a wooden GP watch box inside containing one open-worked GP watch, clear case, open movement, with silver strap. Also containing silk bag, key and loupe. | |
| 6 | 9 | White and black Bell and Ross box containing carbon fiber box containing watch with rose gold case, black and gold dial, black strap with extra strap in box. Warranty card with Watch No 08/30, Model BR-MNUTTOURB-PE | |
| 7 | 1 | Alexander McQueen brass knuckle clutch grey leather 617127 | |
| 7 | 2 | Louis Vuitton taupe purse N94675 | |
| 7 | 3 | Gucci bamboo handle green snakeskin purse | |
| 7 | 4 | Fendi Roma white cloth purse | |
| 7 | 5 | Louis Vuitton purse pink and gold alligator skin | |
| 7 | 6 | Louis Vuitton emerald alligator skin purse | |
| 7 | 7 | Botega Veneta lime green leather purse with gold chain strap | |
| 7 | 8 | Botega Veneta pea green cloth knitted purse with gold chain strap | |
| 8 | 1 | Ulysse Nardin watch black strap with black chrome face 1713-139 | |
| 8 | 2 | Louis Vuitton watch blue and yellow alligator skin strap with blue and gold face UC0438 | |
| 8 | 3 | Frank Muller Geneve watch white alligator skin band with white face and diamond border #107 | |
| 8 | 4 | Chopard watch black leather band and rose gold face with diamonds | |
| 8 | 5 | Ulysse Nardin watch copper and black face with black rubber band 6215-400 | |
| 8 | 6 | Audemars Piguet royal oak blue ceramic dial white band | |
| 8 | 7 | Ulysse Nardin watch dark blue leather band rose gold dial with woman receiving oral sex from mermaid with shark in the background 3202-136LE-2 | |
| 8 | 8 | Arnold & Son watch Luna Magna blue leather band with blue glitter dial 8/8 | |
| 8 | 9 | MB&F Machine perpetual legacy machine watch, grey alligator band with glass dome face #2/18 | |
| 8 | 10 | Patek Philippe watch 5719-10G Nautilus silver and diamond all over | |
| 9 | 1 | Louis Vuitton brown leather purse with wool lining | |
| 9 | 2 | Louis Vuitton white and gold alligator purse N80017 | |
| 9 | 3 | Louis Vuitton white leather purse with leopard on front M59243 w/receipt for item 3 & 4 | |

Case No. 196D-PD-3604399
**Items Received from Michael Malekzadeh on 05/21/2021**

| Box No. | Item No. | Description | Seizure No. |
|---|---|---|---|
| 9 | 4 | Louis Vuitton white/blue/purple tie dye purse | |
| 9 | 5 | Botega Veneta teal leather purse with gold chain shoulder strap | |
| 9 | 6 | Louis Vuitton gold colored mini purse with gold chain strap | |
| 9 | 7 | Botega Veneta mustard leather woven with wooden handle clutch 647747 | |
| 9 | 8 | Louis Vuitton mini purse teal/silver with silver chain strap | |
| 9 | 9 | Louis Vuitton white and blue leather purse | |
| 9 | 10 | Louis Vuitton cream and yellow purse with brown shoulder strap | |
| 10 | 1 | Pirelli Roger Dubuis watch excalibur spider black and blue limited edition 88460 / Y650NC | |
| 10 | 2 | Jaq Jet Droz watch J030033273, Number 4/8 | |
| 10 | 3 | Ulysse Nardin watch prestige time black leather band with gold and glass face | |
| 10 | 4 | Ulysse Nardin watch freak wing limited edition 2103-138, black band with black face and yellow numbers | |
| 10 | 5 | Rolex watch rose gold diamond encrusted. GMT Master II. Blue and red gems around face. | |
| 10 | 6 | Jacob & Co watch black rubber band with copper face EX100.43 | |
| 10 | 7 | Girard-Perregaux watch rose gold with white leather band 80189D52H132-CB6A | |
| 11 | 1 | Botega Venta Maple Gold leather woven bag 809949213-0 | |
| 11 | 2 | Louis Vuitton Capuci mini white alligator skin purse N98156 | |
| 11 | 3 | Fendi Roma Nano baguette montone baby colt 80586113252677 | |
| 11 | 4 | Fendi Roma mini sunshine shopper 8056867141662 | |
| 11 | 5 | Celine Paris brown snakeskin clutch | |
| 11 | 6 | Louis Vuitton cream/grey leather purse with brown leather handles | |
| 11 | 7 | Louis Vuitton silver and pink alligator skin box N80380 | |
| 11 | 8 | Fendi brown leather purse with female faces on front | |
| 11 | 9 | Fendi first medium camoscio ricamo 8056867758242 | |
| 11 | 10 | Louis Vuitton blue mini s trunk N99415 | |
| 11 | 11 | Louis Vuitton white and gold alligator skin box | |
| 11 | 12 | Celine Paris olive color leather purse | |
| 11 | 13 | Chloe grey suede purse with tassles and blue stains on back | |
| 11 | 14 | Fendi white leather with female body on front | |
| 12 | 1 | Louis Vuitton brown leather Duck purse (M45990) | |
| 12 | 2 | Girard Perregaux watch in box - silver metal band with black face SN 81020 | |
| 12 | 3 | Frank Muller watch in box - S/N V45T Gravity CS SQT Yachting 5N BL - rose gold case, clear face, blue band | |
| 12 | 4 | Bovet watch in large globe case - clear case with blue and yellow band - S/N D52977 | |
| 12 | 5 | Hublot watch in box with receipt - "Spirit of Big Bang" - black and gray case with off-white band - S/N S79591 | |
| 12 | 6 | Girard Perregaux watch in box - rose gold case with clear face and black leather band - S/N 86000-52-001-BB6A | |
| 13 | 1 | Louis Vuitton red purse with gold colored chain in fabric bag | |
| 13 | 2 | Louis Vuitton black purse with gold colored chain in fabric bag | |
| 13 | 3 | Louis Vuitton black and red purse in fabric bag (M20369) | |
| 13 | 4 | Saint Laurent dark greenish purse with gold chain in fabric bag | |
| 13 | 5 | Alexander McQueen sliver sparkling purse with skull accent in fabric bag | |
| 13 | 6 | Ballmain pink purse in fabric bag | |
| 13 | 7 | Gucci pink purse with bamboo handle in fabric bag | |
| 13 | 8 | Ballmain black purse in fabric bag | |
| 13 | 9 | Givency maroon purse in fabric bag | |

Case No. 196D-PD-3604399
**Items Received from Michael Malekzadeh on 05/21/2021**

| Box No. | Item No. | Description | Seizure No. |
|---|---|---|---|
| 13 | 10 | Louis Vuitton purse in the shape of a circular building in fabric bag (M59143) | |
| 13 | 11 | Fendi large brown tote bag in fabric bag | |
| 14 | 1 | HYT watch in box - clear face with black plastic band - S/N 251005 | |
| 14 | 2 | Louis Vuitton watch gold colored with yellow and blue leather band in box -S/N 1133109 | |
| 14 | 3 | turquoise Hublot watch with fabric band S/N 1423721 | |
| 14 | 4 | Rolex silver metal band deep sea- sea-dweller | |
| 14 | 5 | Bell & Ross black watch with black plastic band S/N BRX1-PG-CE | |
| 14 | 6 | Rolex Yacht Master 2 silver and gold band, white face, blue dial | |
| 14 | 7 | Rolex Yacht Master 2 yellow gold band, white face, blue dial | |
| 14 | 8 | Bell & Ross black watch with skull design, S/N BR01-CSK-CE-00034 | |
| 14 | 9 | Rolex Sky Dweller silver with diamonds, black face | |
| 14 | 10 | Hublot black watch, blue band, "Spirit of Big Bang" - S/N 1361564 | |
| 14 | 11 | Hublot black watch, black and red band, "Spirit of Big Bang" - S/N 1252463 | |
| 14 | 12 | Rolex silver and rose gold two tone band, diamond bezel, rose gold face, woman's watch | |
| 14 | 13 | Hublot blue watch, blue & white band, "Spirit of Big Bang" - S/N 1250148 | |
| 14 | 14 | Luminor black watch Firenze 1860 - S/NU0706 1000 | |
| 14 | 15 | Bell & Ross B Rocket, silver square watch with black and red band S/N BR01-94-S-06187 | |
| 14 | 16 | Breitling rose gold watch with black leather band S/N RB0510 | |
| 14 | 17 | Breitling two-tone silver and gold watch with black leather band S/N UB0127 | |
| 14 | 18 | Montblanc silver watch with black band and white face S/N 4810 501 | |
| 15 | 1 | Louis Vuitton black "LV" pattern purse in fabric bag | |
| 15 | 2 | Louis Vuitton brown purse with maroon accents in fabric big | |
| 15 | 3 | Louis Vuitton pearlescent "snake skin" purse in fabric bag | |
| 15 | 4 | Louis Vuitton red "snake skin" purse in fabric bag | |
| 15 | 5 | Fendi blue-green "snake skin" purse in fabric bag | |
| 15 | 6 | Louis Vuitton red and pink pattern fabric purse in fabric bag | |
| 15 | 7 | Louis Vuitton blue purse with white "LV" pattern in fabric bag | |
| 15 | 8 | Fendi pink leather purse in fabric bag | |
| 15 | 9 | Louis Vuitton orange purse with metal "LV" decoration in fabric bag (M55946) | |
| 15 | 10 | Fendi brown leather purse in fabric bag | |
| 15 | 11 | Louis Vuitton gold leather purse with pictures of statues in fabric bag (M59137) | |
| 15 | 12 | Louis Vuitton black "snake skin" purse with gold-colored chain in fabric bag | |
| 15 | 13 | Louis Vuitton green purse with gold-colored chain in fabric bag | |
| 15 | 14 | Louis Vuitton black leather purse with red chain in fabric bag | |
| 15 | 15 | Louis Vuitton pink purse with gold colored chain in fabric bag | |
| 16 | 1 | Fendi brand Red feathery ball in fabric bag | |
| 16 | 2 | Louis Vuitton brown heart shaped purse in fabric bag | |
| 16 | 3 | Louis Vuitton pink and brown small round purse in fabric bag | |
| 16 | 4 | Louis Vuitton black cube purse in fabric bag (M52703) | |
| 16 | 5 | Fendi brand brown woven purse in fabric bag (8058613899445) | |
| 16 | 6 | Louis Vuitton brown purse with wood accents in fabric bag | |
| 16 | 7 | Alexander McQueen white purse with skull accent in fabric bag | |
| 16 | 8 | Fendi pink fuzzy purse in fabric bag (8056867493006) | |
| 16 | 9 | Fendi snake skin purse in baric bag | |
| 16 | 10 | Fendi purple sequin purse in fabric bag | |
| 16 | 11 | Louis Vuitton black leather purse with gold chain strap in fabric bag | |
| 16 | 12 | Fendi brown fuzzy purse in fabric bag (8051183777489) | |

Case No. 196D-PD-3604399  
**Items Received from Michael Malekzadeh on 05/21/2021**

| Box No. | Item No. | Description | Seizure No. |
|---|---|---|---|
| 16 | 13 | Fendi brown animal hide purse with green accents (8051183339243) | |
| 16 | 14 | Fendi orange purse in fabric bag (8056867758327) | |
| 16 | 15 | Fendi blue gray pattern purse in fabric bag (8056867758471) | |
| 17 | 1 | Louis Vuitton mirror space backpack | |
| 17 | 2 | Louis Vuitton brown alligator skin bag with blue handles | |
| 17 | 3 | Louis Vuitton blue leather bag with lime green zipper accent | |
| Miscellaneous | 1 | Louis Vuitton pink and purple tote bag | |
| Miscellaneous | 2 | Louis Vuitton brown tote bag with lime green handles and red and white stripes No7 | |
| Miscellaneous | 3 | Louis Vuitton Red Supreme tote bag | |
| Miscellaneous | 4 | Louis Vuitton brown carpet tote bag | |
| Miscellaneous | 5 | Louis Vuitton Mountainscape w/sunset tote bag | |
| Miscellaneous | 6 | Louis Vuitton blue leather and denim tote bag | |
| Miscellaneous | 7 | Louis Vuitton multi color w/glitter tote bag | |
| Miscellaneous | 8 | Louis Vuitton brown leather NBA edition tote bag | |
| Miscellaneous | 9 | Louis Vuitton lime green and blue tote bag | |
| Miscellaneous | 10 | Louis Vuitton black purse with black and white checkered strap | |